IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| KYLE GEE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE<br>INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CV 17-5-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiff Kyle Gee's Motion to Vacate Preliminary Pretrial Conference and Associated Deadlines. (Doc. 11.) Plaintiff contends that the Court should vacate the preliminary pretrial conference scheduled for March 2, 2017 (Doc. 6), due to his pending Motion to Remand (Doc. 9). (Doc. 11 at 1-2.) Defendant opposes the instant motion. (*Id*.)

The Court will consider Plaintiff's Motion to Remand in due course, as determined by the briefing schedule provided in the District of Montana Local Rules. *See* L.R. 7.1(d). The filing of that motion does not present sufficient cause to vacate the preliminary pretrial conference at this time. Accordingly,

Plaintiff's Motion to Vacate Preliminary Pretrial Conference and Associated Deadlines (Doc. 11) is DENIED.

　　//

1

DATED this 10th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge