IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUL 21 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| KYLE GEE,<br><br>           Plaintiff,<br><br>vs.<br><br>NORTHRIDGE CONSTRUCTION, INC.; AGC & COMPANY, LLC; and DOES 1-10, Inclusive,<br><br>           Defendants. | CV 17-05-BLG-SPW-TJC<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 32), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED.

DATED this 21st day of July, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge