

FILED

JUL 2 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

|  |  |
|---|---|
| KYLE GEE, | CV 17-00005-BLG-SPW-TJC |
| Plaintiff, |  |
| vs. | ORDER |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, |  |
| Defendant. |  |

Upon Stipulation for Dismissal with Prejudice (Doc. 34) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this _24th_ day of July, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1